SHIRLEY GROSSEL, Appellant, v. WILLIAM LEHRMAN et al., Respondents.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

WESLEY HUTCHINSON, JR., Respondent, v. PETER SIROTTO et al., Appellants.—

Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.